JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NAHID MASROURI,

               Plaintiff,

    v.

COUNTY OF RIVERSIDE

               Defendant.

No.    CV 09-1314 PA (CTx)

JUDGMENT

     In accordance with the Court's December 21, 2009 Minute Order granting summary judgment in favor of defendant County of Riverside, there are no remaining claims pending in this action.

     It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

     1.    Plaintiff Nahid Masrouri ("Plaintiff") shall recover nothing from the County of Riverside ("Defendant") on Plaintiff's claims for relief;

     2.    Defendant shall have judgment in its favor on Plaintiff's claims for relief; and

     3.    Defendant shall recover from Plaintiff its costs of suit; and

     The Clerk is ordered to enter this Judgment.

DATED: December 21, 2009

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28